IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| DAVID HANCOCK, ) | |
| ) | |
| Plaintiff, ) | Case No. CV06-311-N-EJL |
| ) | |
| vs. ) | ORDER |
| ) | |
| BONNER COUNTY SHERIFF, ) | |
| ) | |
| Defendant. ) | |

On May 17, 2007, the Court granted the Defendants' motion for enlargement of time to conduct mediation which extended the mediation deadline to January 31, 2008. In that motion the Defendants represented that a motion for summary judgment would be filed and that the additional time for mediation was sought to allow the Court sufficient time to rule upon a motion for summary judgment prior to mediation that Defendants anticipated filing. The deadline for filing pretrial motions was September 1, 2007. Defendants filed their motion for summary judgment on November 8, 2007. The parties did not request nor was any extension of the pretrial motions deadline granted. Accordingly, the motion for summary judgment (Dkt. No. 11) is stricken.

**IT IS SO ORDERED**.

DATED: **December 7, 2007**

Honorable Edward J. Lodge
U. S. District Judge