PETER C. ERBLAND
PAINE HAMBLEN LLP
701 Front Avenue, Suite 101
P.O. Box E
Coeur d'Alene, ID 83816-0328
Telephone: (208) 664-8115
Facsimile: (208) 664-6338
ISBA# 2456

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| DAVID HANCOCK,<br><br>    Plaintiff,<br><br>vs.<br><br>BONNER COUNTY SHERIFF'S OFFICE;<br>BONNER COUNTY, a political subdivision<br>of the State of Idaho; and ELAINE SAVAGE,<br>in her official roll as Sheriff of Bonner County,<br><br>    Defendants. | Case No. 06-311<br><br>**STIPULATION FOR DISMISSAL<br>WITH PREJUDICE** |

Defendants, by and through their attorney, Peter C. Erbland, and Plaintiff, through his attorney, Todd W. Reed, hereby stipulate and agree that the above-entitled matter be dismissed with prejudice and without costs or attorney fees to either party upon the grounds that the matter has been fully settled between the parties as to all claims.

**STIPULATION FOR DISMISSAL WITH PREJUDICE - 1**

DATED this 30th day of January, 2008.

                              PAINE HAMBLEN LLP

                              By_____
                                 PETER C. ERBLAND
                                 Attorney for Defendants

DATED this 12 day of Feb, 2008.

                              POWELL & REED, P.C.

                              By_____
                                 TODD M. REED
                                 Attorney for Plaintiff

## CERTIFICATE OF SERVICES

I HEREBY CERTIFY that on the 12 day of Feb, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system (if applicable) which sent a Notice of Electronic Filing to the following persons:

Todd M. Reed
Powell & Reed, P.C.
318 Pine Street
P.O. Box 1005
Sandpoint, Idaho 83864

H:\CDADOCS\00228\00158\plead\C0164387.WPD

**STIPULATION FOR DISMISSAL WITH PREJUDICE - 2**